SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Christine A. Okike
Four Times Square
New York, New York 10036
(212) 735-3000

*Counsel for Patriarch Partners XV, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **ZOHAR CDO 2003-1, LIMITED,** | : | **Case No. 15-23680 (RDD)** |
| | : | |
| Debtor. | : | **(Involuntary Petition Pending)** |
| | : | |

**CERTIFICATE OF SERVICE**

      I, Nicolle Perry, am a paralegal employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, over the age of eighteen years and not a party to the above-captioned action. I hereby certify that, on November 23, 2015, I caused true and correct copies of the *Involuntary Chapter 11 Petition* [Docket No. 1] and *Summons to Debtor in Involuntary Case* [Docket No. 3] to be enclosed in a postage pre-paid envelope and served via overnight mail on the party listed below.

                              Zohar CDO 2003-1, Limited
                              c/o Maples Finance Limited
                              P.O. Box 1093GT
                              Queensgate House
                              South Church Street, George Town
                              Grand Cayman, Cayman Islands

Dated:  November 23, 2015

                              SKADDEN, ARPS, SLATE, MEAGHER  & FLOM LLP

                           By:  */s/ Nicolle Perry*
                                   Nicolle Perry, Paralegal