SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Christine A. Okike
Four Times Square
New York, New York 10036
(212) 735-3000

*Counsel for Patriarch Partners XV, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **ZOHAR CDO 2003-1, LIMITED,** | Case No. 15-23680 (RDD) |
| Debtor. | **(Involuntary Petition Pending)** |

**CERTIFICATE OF SERVICE**

I, Nicolle Perry, am a paralegal employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, over the age of eighteen years and not a party to the above-captioned action. I hereby certify that, on November 23, 2015, I caused true and correct copies of the *Motion of Petitioning Creditor, Patriarch Partners XV, LLC to Terminate the Debtors' Plan Exclusivity Periods* [Docket No. 2] (the "Motion") to be served via hand delivery on the parties listed on the attached Exhibit A. I further certify that I caused true and correct copies of the Motion to be enclosed in separate postage pre-paid envelopes and served via overnight and first class mail on the parties listed on the attached Exhibit B.

Dated:  November 23, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Nicolle Perry*
     Nicolle Perry, Paralegal

**Exhibit A**

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Quarropas Street
White Plains, NY 10601-4140

Office of the United States Trustee
Region 2
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

**Exhibit B**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street
Suite 400
New York, NY 10281

Zohar CDO 2003-1, Limited
Maples Finance Limited
P.O. Box 1093GT
Queensgate House
South Church Street, George Town
Grand Cayman, Cayman Islands

Zohar CDO 2003-1, Corp.
Puglisi & Associates
850 Library Avenue
Suite 204
Newark, DE 19711
Attn: Donald Puglisi

Zohar CDO 2003-1, LLC
Puglisi & Associates
850 Library Avenue
Suite 204
Newark, DE 19711
Attn: Donald Puglisi

U.S. Bank National Association
One Federal Street, Third Floor
Boston, MA 02110
Attn: CDO Department
Ref: Zohar CDO 2003-1, Limited

MBIA Inc.
1 Manhattanville Road
Suite 301
Purchase, NY 10577
Attn: Jonathan Harris