SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Christine A. Okike
Four Times Square
New York, New York 10036
(212) 735-3000

*Counsel for Patriarch Partners XV, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **ZOHAR CDO 2003-1, LIMITED,** | Case No. 15-23680 (RDD) |
| Debtor. | **(Involuntary Petition Pending)** |

**CERTIFICATE OF SERVICE**

   I, Nicolle Perry, am a paralegal employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, over the age of eighteen years and not a party to the above-captioned action. I hereby certify that, on December 29, 2015, I caused true and correct copies of the *Response and Objection to the Answer and Motion of Alleged Debtors for an Order Dismissing Involuntary Chapter 11 Petitions or, in the Alternative, Abstaining Pursuant to 11 U.S.C. § 305* [Docket No. 8] and *Declaration of Scott Whalen in Support of Response and Objection to Answer and Motion of Alleged Debtors for an Order Dismissing Involuntary Chapter 11 Petitions or, in the Alternative, Abstaining Pursuant to 11 U.S.C. § 305* [Docket No. 9] to be served upon the parties listed on the attached Exhibit A in the manner indicated thereon.

Dated: New York, New York
   December 29, 2015

              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

              By: */s/ Nicolle Perry*
                 Nicolle Perry, Paralegal

**Exhibit A**

The Chambers of the Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
*via Hand Delivery*

Office of the United States Trustee
Linda A. Riffkin, Assistant U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
*via Overnight Mail*

U.S. Securities and Exchange Commission
New York Regional Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
*via Overnight Mail*

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, Pennsylvania 19101
*via Overnight Mail*

Blank Rome LLP
Rick Antonoff
Andrew B. Eckstein
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
*via Overnight Mail*

U.S. Bank National Association
One Federal Street, Third Floor
Boston, Massachusetts 02110
Attn: CDO Department
Ref: Zohar CDO 2003-1, Limited
*via Overnight Mail*

Cadwalader, Wickersham & Taft LLP
Mark Ellenberg
Ingrid Bagby
Gregory Petrick
One World Financial Center
200 Liberty Street
New York, New York 10281
*via Overnight Mail*