UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **Zohar CDO 2003-1, Limited,** : | **Case No. 15-23680 (RDD)** |
| : | |
| Alleged Debtor. : | |
| : | |

------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **Zohar CDO 2003-1, Corp.,** : | **Case No. 15-23681 (RDD)** |
| : | |
| Alleged Debtor. : | |
| : | |

------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **Zohar CDO 2003-1, LLC,** : | **Case No. 15-23682 (RDD)** |
| : | |
| Alleged Debtor. : | |
| : | |

------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1011 AND LBR 1011-1

Pursuant to Rule 1011 of the Federal Rules of Bankruptcy Procedure and Rule 1011-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, the above-captioned alleged debtors respectfully represent as follows:

1. The equity of Zohar CDO 2003-1, Limited is held in trust for the benefit of one or more qualified charities by MaplesFS Limited (formerly Maples Finance Limited) as original trustee pursuant to that certain Amended and Restated Declaration of Trust dated November 13, 2003. Additionally, Octaluna, LLC owns certain preference shares of Zohar CDO 2003-1, Limited.

137126.01062/101806718v.1

2. Zohar CDO 2003-1, Limited owns 100% of the equity in Zohar CDO 2003-1, Corp.

3. Zohar CDO 2003-1, Limited owns 100% of the equity in Zohar CDO 2003-1, LLC.

Dated: January 4, 2016

                                                Zohar CDO 2003-1, Limited

                                                Name: Christopher Watler
                                                Title: Director

Dated: January __, 2016

                                                Zohar CDO 2003-1, Corp.

                                                Name: _____
                                                Title: _____

Dated: January 4, 2016

                                                Zohar CDO 2003-1, LLC
                                                by Zohar CDO 2003-1 Limited, as the sole member

                                                Name: Christopher Watler
                                                Title: Director

-2-

3. Zohar CDO 2003-1, Limited owns 100% of the equity in Zohar CDO 2003-1, LLC.

Dated: January __, 2016

Zohar CDO 2003-1, Limited

Name: _____
Title: _____

Dated: January 4, 2016

Zohar CDO 2003-1, Corp.

Name: _Donald J. Puglisi_
Title: _President_

Dated: January __, 2016

Zohar CDO 2003-1, LLC
by Zohar CDO 2003-1 Limited, as the sole member

Name: _____
Title: _____

-2-