BLANK ROME LLP
Rick Antonoff
Andrew B. Eckstein
Leon R. Barson (*pro hac vice* admission pending)
Josef W. Mintz (*pro hac vice* admission pending)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

*Counsel to Zohar CDO 2003-1, Limited,*
*Zohar CDO 2003-1 Corp. and Zohar CDO 2003-1, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **Zohar CDO 2003-1, Limited,** | : | Case No. 15-23680 (RDD) |
| | : | |
| Alleged Debtor. | : | Related Docket No.: 14 |
| | : | |
---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **Zohar CDO 2003-1, Corp.,** | : | Case No. 15-23681 (RDD) |
| | : | |
| Alleged Debtor. | : | Related Docket No.: 12 |
| | : | |
---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **Zohar CDO 2003-1, LLC,** | : | Case No. 15-23682 (RDD) |
| | : | |
| Alleged Debtor. | : | Related Docket No.: 12 |
| | : | |
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Andrew B. Eckstein, hereby certify that on the 4th day of January, 2016, I caused to be electronically filed the *Reply of Alleged Debtors in Further Support of Answer and Motion For an Order Dismissing Involuntary Chapter 11 Petitions or, in the Alternative, Abstaining Pursuant to*

137126.01084/101855842v.1

11 U.S.C. § 305 (the "**Reply**") with the Court using the Court's CM/ECF system, which sent *Notice of Electronic Filing* of the Reply to all individuals registered to receive CM/ECF notifications in the respective above-captioned cases.  I further certify that on the 4th day of January, 2016, I caused to be served the Reply, together with the *Notice of Electronic Filing* of the Reply generated in each of the above-captioned cases, upon the persons listed on the attached service list in the manner indicated thereon.

Dated: New York, New York
January 5, 2016

**BLANK ROME LLP**

By:  */s/ Andrew B. Eckstein*
Rick Antonoff
Andrew B. Eckstein
Leon R. Barson (*pro hac vice* admission pending)
Josef W. Mintz (*pro hac vice* admission pending)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

*Counsel to Zohar CDO 2003-1, Limited, Zohar CDO 2003-1 Corp. and Zohar CDO 2003-1, LLC*

-2-

**SERVICE LIST:**

The Chambers of the Honorable Robert D. Drain
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, New York 10601-4140
***(OVERNIGHT COURIER -- FEDEX)***

Jay M. Goffman, Esq.
Mark A. McDermott, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Time Square
New York, New York 10036
***(U.S. FIRST-CLASS MAIL & ELECTRONIC MAIL)***

Mark Ellenberg, Esq.
Ingrid Bagby, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281
***(U.S. FIRST-CLASS MAIL & ELECTRONIC MAIL)***

Linda A. Riffkin, Assistant U.S. Trustee
OFFICE OF THE UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
***(U.S. FIRST-CLASS MAIL)***

United States Securities and Exchange Commission
New York Regional Office
Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
***(U.S. FIRST-CLASS MAIL)***

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
***(U.S. FIRST-CLASS MAIL)***