CADWALADER, WICKERSHAM & TAFT LLP
Gregory Petrick, Esq.
Ingrid Bagby, Esq.
Michele Maman, Esq.
200 Liberty Street
New York, New York 10281
Telephone:   (212) 504-6000
Facsimile:   (212) 504-6666

- and -

Mark C. Ellenberg, Esq. (*pro hac vice* pending)
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone:   (202) 862-2200
Facsimile:   (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re                                                     :
                                                          :   Chapter 11
Zohar CDO 2003-1, Limited,                                :
                                                          :   Case No. 15-23680 (RDD)
            Alleged Debtor.                               :
                                                          :
----------------------------------------------------------x
In re                                                     :
                                                          :   Chapter 11
Zohar CDO 2003-1, Corp.,                                  :
                                                          :   Case No. 15-23681 (RDD)
            Alleged Debtor.                               :
                                                          :
----------------------------------------------------------x
In re                                                     :
                                                          :   Chapter 11
Zohar CDO 2003-1, LLC,                                    :
                                                          :   Case No. 15-23682 (RDD)
            Alleged Debtor.                               :
                                                          :
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                    ss.:
COUNTY OF NEW YORK

    **LORI G. DILLON**, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP.

    2.    On January 29, 2016, I served a true and correct copy of the *Ex Parte* Motion for an Order Authorizing the MBIA Insurance Corporation to File Under Seal Its Pre-Hearing Brief and Supporting Papers in Further Support of the Zohar Entities' Answer and Motion for an Order Dismissing Involuntary Chapter 11 Petitions or, in the Alternative, Abstaining Pursuant to 11 U.S.C. § 305 (the "MBIA Motion to Seal") (ECF Doc. No. 31 (15-23680), No. 24 (15-23681) and No. 24 (15023682), respectively) upon those listed on Exhibit A in the manner indicated therein.

                                                            /s/ Lori G. Dillon
                                                            Lori G. Dillon

Sworn to before me on this
2nd day of February, 2016

/s/ Owens Ridges Jr.
Notary Public

OWENS RIDGES JR
Notary Public, State of New York
No. 24-4992070
Qualified in Kings County
Certificate Filed in New York County
Commission Expires February 18, 2018

-2-

## EXHIBIT A

**BY EMAIL VIA ACCELLION**

**Blank Rome LLP (NY)**

Kenneth L. Bressler
kbressler@blankrome.com
Rick Antonoff
rantonoff@blankrome.com
Grant E. Buerstetta
gbuerstetta@blankrome.com
Kevin R. Doherty
kdoherty@blankrome.com

**Blank Rome LLP (DE/PA)**

Josef Mintz
mintz@blankrome.com

**Skadden, Arps, Slate, Meagher & Flom LLP**

Jay M. Goffman
jay.goffman@skadden.com
Christopher P. Malloy
christopher.malloy@skadden.com

**BY EMAIL VIA ACCELLION
& BY HAND DELIVERY**

Hon. Robert D. Drain
rdd.chambers@nysb.uscourts.gov
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601